People v Abdulazeez (2025 NY Slip Op 50817(U))

[*1]

People v Abdulazeez (Yakubu)

2025 NY Slip Op 50817(U) [86 Misc 3d 126(A)]

Decided on May 27, 2025

Appellate Term, First Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on May 27, 2025

SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: Hagler, P.J., Tisch, James, JJ.

570625/18

The People of the State of New
York, Respondent,

against

Yakubu Abdulazeez,
Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York,
Bronx County (Laurence E. Busching, J.), rendered June 29, 2018, after a nonjury trial,
convicting him of sexual abuse in the third degree and attempted endangering the welfare
of a child, and imposing sentence.

Per Curiam.

Judgment of conviction (Laurence E. Busching, J.), rendered June 29, 2018,
affirmed.

The verdict convicting defendant of sexual abuse in the third-degree (see
Penal Law § 130.55) and attempted endangering the welfare of a child (see
Penal Law §§ 110, 260.10) was not against the weight of the evidence (see
People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing
the court's decision to credit the testimony of the eyewitness to the incident.

We have considered and rejected defendant's remaining contentions.

All concur.

THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: May 27, 2025